IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS L. MUSQUEZ,                                      No. C 07-4623 VRW

       Plaintiff,
                                                        **JUDGMENT IN A CIVIL CASE**
  v.

SANTA CLARA DEPT. OF CORRECTIONS, et al,

       Defendant.
_____/

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the order of dismissal filed September 25, 2007, the complaint is dismissed for failure to state a claim under the authority of 28 USC 1915A(b).

Dated: September 25, 2007                              Richard W. Wieking, Clerk

                                                                                      By: *Cora Klein*
                                                       Deputy Clerk